# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Zachary Gordon Thompson and Nicole Kinder,

     Plaintiffs

v.

Essentia Insurance Company, Does I-X; Roe Corporations I-X;

     Defendants

Case No.: 2:26-cv-00838-JAD-BNW

**Remand Order**

[ECF No. 4]

Zachary Gordon Thompson and Nicole Kinder filed this bad-faith insurance-coverage action based entirely on state-law claims in Nevada state court.  Defendant Essentia Insurance Company removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.  Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, the plaintiffs move to remand.  For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 4] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 6, Case No. A-25-936650-C,** and CLOSE THIS CASE.

- There are no other motions pending in this federal action.

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: June 10, 2026

                                 _____

                              U.S. District Judge Jennifer A. Dorsey